IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YVETTE PENN | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No.: |
| AUTOZONE TEXAS LLC, *et al.* | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

Petitioners/Defendants, AutoZone Texas LLC ("AutoZone") and Steven McAbee ("McAbee") (collectively "Defendants"), through their undersigned attorneys, pursuant to 28 U.S.C. §1441 *et. seq.*, file this Notice of Removal of this action from the Circuit Court for Prince George's County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully aver as follows:

1. Petitioners AutoZone and McAbee have been named as Defendants in a suit filed in the Circuit Court for Prince George's County, Case No.: CAL 22-18250.

2. Plaintiff is a resident of Charles County, Maryland.

3. AutoZone is a limited liability company formed in the State of Nevada and has its principal place of business in the State of Tennessee.[1]

4. McAbee is a resident of Columbia County, Pennsylvania.

---

[1] The Complaint incorrectly identifies as the defendant as AutoZone Texas LLC. AutoZone Stores LLC is the correct party to be sued. AutoZone Stores LLC is also a limited liability company formed in the State of Nevada and has its principal place of business in the State of Tennessee.

1

5. The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332. Petitioners seek to remove this action to this Court under Title 28 U.S.C. §1441.

6. Filed herewith as Exhibits 1 through 4, respectively, are the Writ of Summons issued to AutoZone Texas LLC; the Writ of Summons issued to Steven McAbee; Complaint; and the Civil Non-Domestic Case Information Report.

7. The above-entitled matter is a civil action in which the Plaintiff alleges negligence on the part of Petitioners/Defendants.

8. Petitioners are entitled to removal because there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00. Plaintiff is a resident of Charles County, Maryland. AutoZone was formed in the State of Nevada and has its principal place of business in the State of Tennessee. McAbee is a resident of Columbia County, Pennsylvania. Plaintiff's Complaint seeks judgment in the amount of $500,000.00.

9. All served defendants join and consent to this Notice of Removal.

WHEREFORE, Petitioners/Defendants, AutoZone Texas LLC and Steven McAbee, respectfully request that the above-entitled action be removed from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

*/s/ Tamara B. Goorevitz*
Tamara B. Goorevitz (#25700)
FRANKLIN & PROKOPIK. P.C.
2 N. Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 230-3625
(410) 752-6868 (fax)
tgoorevitz@fandpnet.com
*Attorneys for Petitioners/Defendants,*
*AutoZone Texas LLC and Steven McAbee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August 2022, a copy of the foregoing Notice of Removal was e-filed with the Court's ECF system and was sent via email to:

Keith W. Watters
Keith Watters & Associates
1667 K Street NW, Suite 1125
Washington, DC 20006
keithwatters@verizon.net
*Attorneys for Plaintiff*

*/s/ Tamara B. Goorevitz*
Tamara B. Goorevitz (#25700)

3