IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| YVETTE PENN <br> 12031 Arcadian Shores Court <br> Waldorf, MD 20602 <br><br> Plaintiff, <br><br> v. <br><br> AUTOZONE TEXAS LLC <br> 123 S Front Street <br> Memphis, TN 38103-3607 <br><br> STEVEN MCABEE <br> 37 Wolf Manor Drive <br> Berwick, PA 18603 <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *     Case No. CAL22-18250 |

## COMPLAINT
(Negligence)

COMES NOW Plaintiff Yvette Penn ("Plaintiff"), by and through her attorney, Keith W. Watters, and hereby moves for judgment against Defendant AutoZone Texas LLC ("Defendant AutoZone") and Defendant Steven McAbee ("Defendant McAbee") on the grounds and in the amount as hereinafter set forth:

1. Plaintiff is an adult resident of the State of Maryland.

2. Defendant AutoZone is a Nevada limited liability company with its principal place of business located in Memphis, Tennessee. At all times relevant herein, Defendant AutoZone was acting by and through its agents, servants, and/or employees, all of whom were acting within the course and scope of their employment, for and on behalf of Defendant AutoZone.

Exhibit 3

3. Defendant McAbee is an adult resident of the Commonwealth of Pennsylvania. At all times relevant herein, Defendant McAbee was an agent, servant, and/or employee of Defendant AutoZone and was acting within the course and scope of his employment for and on behalf of Defendant AutoZone.

4. This Court has jurisdiction over this action pursuant to Md. Code Ann., Cts. & Jud. Proc. § 1-501.

5. This Court has personal jurisdiction over Defendants pursuant to Md. Code Ann., Cts. & Jud. Proc. § 6-103.

6. Venue is proper in this Court because all or a substantial portion of the events or omissions giving rise to this action occurred in Prince George's County, Maryland.

7. On July 13, 2021, at approximately 9:15 am, Defendant McAbee was driving a tractor trailer owned by Defendant AutoZone and was traveling on Maryland Route 5 near the exit to Interstate 495.

8. At said date and time, Defendant McAbee suddenly and without warning forcefully rear-ended a vehicle, causing that vehicle to then forcefully rear-end Plaintiff's vehicle.

9. At said date and time, Defendant McAbee was an agent, servant, and/or employee of Defendant AutoZone and was acting within the course and scope of his employment while driving the tractor trailer.

10. Plaintiff sustained immediate, severe, painful, and permanent injuries as a result of the collision.

11. At said date and time, it was the duty of Defendant McAbee to operate Defendant AutoZone's tractor trailer with reasonable care and with due regard for the safety of others.

12. Plaintiff was at all times relevant hereto paying full time and attention to her duties and was acting with due and proper regard for her safety as well as the safety of other motorists on the roadway.

13. Defendant McAbee acted with less than reasonable care and was negligent in one or more of the following ways, for which Defendant AutoZone is also liable:

(a) By operating the tractor trailer at a high, dangerous, and excessive rate of speed under the circumstances then and there existing;

(b) By failing to reduce speed to avoid a collision;

(c) By failing to observe due care and precaution and to maintain proper and adequate control of the tractor trailer;

(d) By failing to keep a proper lookout for other motor vehicles and pedestrians lawfully upon the roadway; and

(e) By failing to exercise reasonable care in the operation of the tractor trailer under the circumstances then and there existing.

14. Defendant AutoZone is responsible for the actions of its agents, servants, and/or employees under the doctrine of *respondeat superior*.

15. As a direct and proximate result of Defendants' negligence, Plaintiff has sustained serious and permanent injuries; has been prevented from transacting her business; has suffered and will continue to suffer great pain of body and mind; and has suffered permanent disability and deformity.

16. As a further direct and proximate result of the Defendants' negligence, Plaintiff has been forced to expend large sums of money for x-rays, medical treatment, and medicine for the treatment of her injuries.

WHEREFORE, Plaintiff Yvette Penn hereby demands judgment against Defendant AutoZone Texas LLC and Defendant Steven McAbee, jointly and severally, in the amount of five hundred thousand dollars ($500,000.00), plus interest and costs.

Respectfully submitted,

Keith W. Watters, Esq.
(CPF # 8606010408)
KEITH WATTERS & ASSOCIATES
1667 K Street NW, Suite 1125
Washington, DC 20006
(202) 887-1990
keithwatters@verizon.net

*Counsel for Plaintiff*

## JURY DEMAND

Plaintiffs demand trial by jury as to all counts.

Keith W. Watters, Esq.

## CERTIFICATION PURSUANT TO RULE 1-313

The undersigned hereby certifies that he is admitted to practice law in the State of Maryland and is a member in good standing of the Bar of Maryland.

Keith W. Watters, Esq.